THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JONATHAN ZERMENO,

    Plaintiff,

v.

NORTH PACIFIC FISHING, INC.,

    Defendant.

No. C16-1540RSL

**ORDER GRANTING PLAINTIFF'S MOTIONS IN LIMINE**

This matter comes before the Court on plaintiff's motions in limine. Dkt. # 21. The motions are unopposed and are, therefore GRANTED. The parties shall not refer to or present evidence regarding (a) plaintiff's immigration status or national origin, (b) the fact that counsel is not from Washington, (c) the "independence" of defendant's medical examiner, (d) the concept of "litigation lottery," or (e) the tax consequences of any recovery

Dated this 19th day of October, 2017.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE