THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN ZERMENO,

        Plaintiff,

v.

NORTH PACIFIC FISHING, INC.,

        Defendant.

No. C16-1540RSL

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND TO WAIVE JURY DEMAND**

This matter comes before the Court on plaintiff's motion for leave to file an amended complaint that waives the demand and right to a jury trial. Dkt. # 23. The motion is unopposed and is, therefore GRANTED. Plaintiff may, within seven days of this Order, file an amended complaint substantially in the form of Exhibit A to his motion.

Dated this 19th day of October, 2017.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE