THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN ZERMENO,

          Plaintiff,

v.

NORTH PACIFIC FISHING, INC.,

          Defendant.

No. C16-1540RSL

**ORDER GRANTING DEFENDANT'S MOTIONS IN LIMINE**

This matter comes before the Court on defendant's motions in limine. Dkt. # 20. The motions are unopposed and are, therefore GRANTED. The parties shall not refer to or present evidence regarding (a) defendant's liability insurance coverage, (b) efforts to compromise or settle the claims, (c) other claims, accidents, or lawsuits in which defendant has been involved, (d) subsequent remedial measures, or (e) defendant's financial status.

Dated this 1st day of November, 2017.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE