# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JONATHAN ZERMENO,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTH PACIFIC FISHING, INC.,<br><br>    Defendant. | No. C16-1540RSL<br><br>**ORDER** |

Pursuant to the stipulation of the parties (Dkt. # 33), the first amended complaint filed on November 13, 2017 (Dkt. # 32), is now the operative pleading in the above-captioned matter.

Dated this 16th day of November, 2017.

            _/s/ Robert S. Lasnik_
            THE HONORABLE ROBERT S. LASNIK
            UNITED STATES DISTRICT JUDGE