THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN ZERMENO, <br><br> Plaintiff, <br><br> v. <br><br> NORTH PACIFIC FISHING, INC., <br><br> Defendant. | No. 2:16-cv-01540-RSL <br><br> [PROPOSED] ORDER OF DISMISSAL |

Based upon the parties' Stipulation, Plaintiff's claims are hereby dismissed with prejudice, and without costs.

Dated this 6th day of December, 2017.

_/s/ RWM S. Lasnik_
THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

[PROPOSED] ORDER OF DISMISSAL
No. 2:16-cv-01540-RSL – Page 1

NIELSEN✦SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300